1252

No. 90–1720.  GROSSMONT UNION HIGH SCHOOL DISTRICT v. DAVIES.  C. A. 9th Cir.  Certiorari denied.

No. 90–1723.  BROWN ET AL. v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 90–1726.  KUNTZ v. SHAWMUT BANK OF BOSTON ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 90–1729.  MATUSKA v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 90–1735.  LEVINSON v. BUDD FOODS, INC.  C. A. Fed. Cir.  Certiorari denied.

No. 90–1737.  FULTON COUNTY, GEORGIA v. S. J. GROVES & SONS CO. ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 90–1739.  FUQUA INDUSTRIES, INC., ET AL. v. JANDRUCKO. Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 90–1750.  GUARDSMARK, INC. v. PINKERTON'S, INC.  C. A. 2d Cir.  Certiorari denied.

No. 90–1754.  DEEDS v. JOHNSON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–1758.  BEST BUY WAREHOUSE v. BEST BUY CO., INC. C. A. 8th Cir.  Certiorari denied.

No. 90–1785.  TA-CHUN WANG v. CHUN WONG ET AL.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 90–1810.  HICKEY v. CONNECTICUT.  App. Ct. Conn. Certiorari denied.

No. 90–1813.  DUTRIDGE ET AL. v. CITY OF TOLEDO, DIVISION OF BUILDING INSPECTION.  Ct. App. Ohio, Lucas County.  Certiorari denied.